**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7792**
_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

HERMAN LEWIS BILLUPS,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert C. Chambers, Chief District Judge. (3:00-cr-00059-1)

_____

Submitted: February 21, 2013     Decided: February 25, 2013

_____

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Herman Lewis Billups, Appellant Pro Se. John J. Frail, Steven Loew, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Lewis Billups appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Billups, No. 3:00-cr-00059-1 (S.D.W. Va. Sept. 26, 2012). We deny Billups' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED